No. 02–5862. TORRE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5864. VALENZUELA-OBESO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5865. VALENZUELA-OBESO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5877. KETCHUP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5878. ARNOLDO FERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5881. MARTINEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5882. TIMLEY v. NELSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–5883. WILSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5885. BUNCH v. WHITE, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 02–5886. DARBY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5887. CURRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5893. CONAWAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5896. KING v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5898. CARBAJAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5899. BLACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.